IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GRADY RENARD WILLIAMS, JR., )
)
Petitioner, )
)
v. ) CASE NO. CV419-072
)
GREGORY C. DOZIER, )
)
Respondent. )
)

## ORDER

On April 4, 2019, Petitioner filed a Petition for Writ of Habeas Corpus.[1] (Doc. 1.) In Williams v. Deal, 6:18-CV-90 (S.D. Ga. Aug. 30, 2018), however, this Court recognized Petitioner's history of filing frivolous motions in this Court. (See 6:18-CV-90, Doc. 5; Doc. 6.) Accordingly, the Court imposed special filing restrictions on all of Petitioner's future filings. (Id.) In light of those restrictions, the Clerk is **DIRECTED** to close this case. Petitioner's petition should be filed in accordance with the restrictions provided in Williams v. Deal, 6:18-CV-90 (S.D. Ga. Aug. 30, 2018).

SO ORDERED this 7th day of May 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Although Petitioner has labeled his motion as a petition for writ of habeas corpus, Petitioner does not seek any habeas relief in his motion.